IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gaddis, Chaylan

Printed: 12/10/08

Case Number: 08 B 18026
Judge: Hollis, Pamela S
Filed: 7/14/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,524.00 | 0.00 |
| 2. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 441.00 | 0.00 |
| 4. | Ford Motor Credit Corporation | Unsecured | 965.27 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 59.95 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 12.05 | 0.00 |
| 7. | Advocate Health Care | Unsecured | 27.70 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 70.43 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 23.95 | 0.00 |
| 10. | West Suburban Medical Center | Unsecured | 140.05 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Priority |  | No Claim Filed |
| 12. | Absolute Collect Svc | Unsecured |  | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 14. | Harris & Harris | Unsecured |  | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 16. | Medical Collections | Unsecured |  | No Claim Filed |
| 17. | MRSI | Unsecured |  | No Claim Filed |
| 18. | MRSI | Unsecured |  | No Claim Filed |
| 19. | Park National Bank | Unsecured |  | No Claim Filed |
| 20. | MRSI | Unsecured |  | No Claim Filed |
|  |  |  | $ 5,264.40 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Gaddis, Chaylan | Case Number:  08 B 18026 |
| | Judge:  Hollis, Pamela S |
| Printed: 12/10/08 | Filed:  7/14/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

